JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTONIO DE JESUS PEREZ, JR., | No. 2:24-cv-05861-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is reversed and this matter is remanded for further

administrative proceedings consistent with the Court's Order.

Dated: September 26, 2025

JOHN D. EARLY
United States Magistrate Judge